UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC CAPES FISHERIES, INC.<br>    Plaintiff,<br><br>v.<br><br>40 CLAM CAGES, MORE OR LESS, *in rem*,<br>F/V Maude Platt, Inc. as owner of the<br>M/V SEAFOX<br>TM Terra Fisheries, Inc. as owner of the<br>F/V MISS MAEGAN,<br>F/V (John Doe(s)) and<br>NANTUCKET SOUND SEAFOOD, LLC<br>    Defendants. | C.A. No.14-14701 |

### ORDER AUTHORIZING ARREST AND DIRECTING CLERK TO ISSUE WARRANT OF ARREST

The Court, having reviewed the Verified Complaint of Atlantic Capes Fisheries, Inc., plaintiff herein, and upon the application of plaintiff for an order authorizing a warrant of arrest, finds that the conditions for an action *in rem* appear to exist, and it is

ORDERED that the immediate issuance of a warrant for the arrest of the 40 clam cages, more or less, as may be found at the place of business of Nantucket Sound Seafood, LLC, onboard the M/V SEAFOX (ON 1107736) and/or onboard the F/V MISS MAEGAN, and/or on board the F/V John Doe(s), and/or on trucks delivering the cages to Nantucket Sound Seafood, LLC and these vessels now located in New Bedford, Westport, Hyannis, Massachusetts, and/or other port within said District as identified by the United States Marshal, is authorized, and it is further

ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the arrest of the 40 clam cages, more or less, and shall deliver it to the United States Marshal for the District of Massachusetts for service, and it is further

ORDERED that any person claiming an interest in the 40 clam cages, more or less, shall be entitled to a prompt hearing on request at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant for Arrest in Action In Rem.

Dated December 23, 2014

_____
UNITED STATES DISTRICT JUDGE