## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ATLANTIC CAPES FISHERIES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-14701 |
| | ) | |
| 40 CLAM CAGES, MORE OR LESS, *in rem,* | ) | |
| F/V Maude Platt, Inc. as owner of the | ) | |
| M/V SEAFOX | ) | |
| TM Terra Fisheries, Inc. as owner of the | ) | |
| F/V MISS MAEGAN, | ) | |
| F/V (John Doe(s)) and | ) | |
| NANTUCKET SOUND SEAFOOD, LLC | ) | |
| Defendants. | ) | |

### WARRANT OF ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

WHEREAS a complaint has been filed on December 22, 2014 in the United States District Court for the District of Massachusetts by Plaintiff Atlantic Capes Fisheries, Inc., upon an admiralty and maritime claim praying that process issue for the arrest of the clam cages or other property that is the subject of this action. You are therefore commanded to attach the said 40 clam cages, more or less, as described in said complaint, including but not limited to such clam cages as may be found at the place of business of Nantucket Sound Seafood, LLC, onboard the M/V SEAFOX (ON1107736), and/or on board the F/V MISS MAEGAN, and/or on board the F/V John Doe(s), and/or on trucks delivering from those vessels to Nantucket Sound Seafood, LLC now located in New Bedford, Westport, Hyannis, Massachusetts, and/or as located within the District by the U.S. Marshal in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts, this 23rd day of December ___, 2014.

ROBERT M. FARRELL , CLERK
_____

By: [signature]
Deputy Clerk , Jarrett Lovett

NOTE: The claimant of property seized hereunder shall file its claim within 10 days after the Warrant has been executed, and shall serve its answer within 20 days after filing of the claim.