Nantucket Sound Seafood

Industry Cage Inventory

January 13, 2015

Stephen/Danny,

Today I went to Nantucket Sound Seafood yard to inventory the industry clam cages in question.  Nick and Kayleb from NSS joined me and provided assistance in access of the cages. A NSS Cage Reclamation Roster was created on January 13 2015 @ 10:15 am to identify each cage by ID Marking.  Seals/Tags w/ the words "Sealed" were used confirming cages were confirmed and documented.  Pictures were provided for four cages.

The tally for January 13th 2015 was as follows:

- 1 SeaWatch w/ cut top frame (which was immediately brought to my attention by Nick)



- 4 Freshly Painted w/ NSS – Picture Taken of 1 cage



- 2 Freshly Painted w/ NSS w/ noticeable grinding of an ID
- 4 SeaWatch Cages w/ ID in tact
- 2 Eastern Shore
- 2 Blank – No evidence of ID removal
- 9 Surfside Products
- 1 Cage ID Ground Down , No Company ID – Picture Taken



- 1 Cage ID (C/J P) Difficult to read, but something there – Picture Taken



I was told by nick 11 cages of shellstock will be coming to NSS Plant on Thursday morning.  I asked for access to the eleven cages on Thursday am.   Nick would like for me to be there Friday but I would prefer Thursday to re-confirm today's inventory against what arrives at the NSS Plant to be shucked Thursday am.